# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

JIHAD MAJID AHAD,

        Plaintiff,

vs.

BONNIE POLLEY, *et al.*,

        Defendants.

2:16-cv-01791-JCM-VCF
**<u>ORDER</u>**

Before the Court is the Motion to Extend Discovery Deadline (ECF No. 25).  Defendants seek to extend discovery deadlines for an additional 90 days.  The extension is needed for depositions.

No opposition has been filed.  Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.  Here, it would seem as though Plaintiff has consented to the instant motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Extend Discovery Deadline (ECF No. 25) is GRANTED. The following deadlines apply:

Discovery Cut-off:     May 7, 2018

Dispositive Motions:   June 6, 2018

Joint Pretrial Order:    July 6, 2018

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

All other deadlines have passed and will not be extended.

DATED this 13th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE